SUSAN RUBENSTEIN, Bar No. 83762)
Susan.rubenstein@gmail.com
LAW OFFICES OF SUSAN RUBENSTEIN
535 Pacific Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 792-6522
Facsimile (415) 403-0202

Attorneys for Plaintiff
SCOTT CARNES


MARGARET H. GILLESPIE, Bar No. 150072
mgillespie@littler.com
JANNINE E. KRANZ, Bar No. 272389
jkranz@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

Attorneys for Defendant
SOUTHERN GLAZER'S WINE AND SPIRITS, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CARNES,<br><br>            Plaintiff,<br><br>v.<br><br>SOUTHERN GLAZER's WINE AND SPIRITS, LLC, AND DOES 1-20,<br><br>            Defendants. | Case No.  2:19−cv−00255 MWF (FFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:  May 19, 2020<br><br>(Complaint Filed in Los Angeles County Superior Court on November 13, 2018, Case No. 18STCV04631) |

1

# ORDER

In consideration of the Parties' Joint Stipulation Dismissing Entire Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party to bear his/its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 23, 2020

HON. MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE

4812-7474-6551.1 089148.1005